UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Evanston Insurance Company,

                  Plaintiff,

-against-

Harrison Street Residences, LLC et al.,

                  Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/30/2021
```

1:18-cv-04918 (GBD) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    This case has been assigned to me for general pretrial management. (ECF No. 54.) No later than Thursday, October 7, 2021, the parties shall file a joint letter regarding the status of the case.

**SO ORDERED.**

Dated:    New York, New York
           September 30, 2021

_____
STEWART D. AARON
United States Magistrate Judge